NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――――――

**ALAN STUART, Trustee for the Cecil G. Stuart and Donna M. Stuart Revocable Living Trust Agreement, CDS DEVELOPMENT LLC,**
*Appellants*

**v.**

**RPM INTERNATIONAL, INC., RUST-OLEUM CORPORATION,**
*Appellees*

**KATHERINE K. VIDAL, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,**
*Intervenor*

―――――――――――――

2019-1994

―――――――――――――

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-02158.

-------------------------------------------------

**RUST-OLEUM CORPORATION, RPM INTERNATIONAL, INC.,**
*Appellants*

**v.**

## KATHERINE K. VIDAL, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,

*Intervenor*

————————————

2019-2238

————————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-02158.

————————————

## O R D E R

Upon consideration of Alan Stuart and CDS Development LLC's failure to have counsel file an entry of appearance in accordance with this court's March 1, 2022 order, ECF No. 80 in Appeal No. 2019-1994,

IT IS ORDERED THAT:

(1) Pursuant to the court's March 1, 2022 order, Appeal No. 2019-1994 is dismissed.

(2) The official captions are revised as above to reflect dismissal of Appeal No. 2019-1994 and the non-participation of Alan Stuart and CDS Development LLC in Appeal No. 2019-2238.

(3) Rust-Oleum Corporation and RPM International, Inc.'s opening brief in Appeal No. 2019-2238 is due no later

than 60 days from the date of filing of this order.

    (4)  Kasowitz Benson Torres LLP is directed to serve a copy of this order on Stuart and CDS Development within three days of the date of filing of this order.

FOR THE COURT

May 6, 2022                              /s/ Peter R. Marksteiner
    Date                                Peter R. Marksteiner
                                         Clerk of Court